172 A.3d 1087

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. KYREE T. JOHNSON, A/K/A KYRE JOHNSON, KYREE JAQUAN JOHNSON, TYREE JOHNSON, AND JOHNSON TYREE, DEFENDANT-PETITIONER.

C–316 September Term 2017
079655

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003796–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

172 A.3d 1087

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM A. MARSHALL, A/K/A BILL A. BERRY, DOLLAR BI MARSHALL, DEFENDANT-PETITIONER.

C–288 September Term 2017
079506

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002974–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.